

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,971-02

### IN RE JOHN ALLEN ENGLISH, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 32068CC IN THE COUNTY COURT AT LAW
### FROM KAUFMAN COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote Respondent, the District Clerk of Kaufman County, and told her he wants to buy a copy of the jury charge in his case. He contends that the District Clerk has not responded to his requests.

"A district clerk must provide information to an imprisoned or confined individual or his agent about the amount it would cost to obtain trial and appellate transcripts so that the individual may then pay for them and use them to pursue an application for a writ of habeas corpus." *In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014).

In these circumstances, additional facts are needed. Respondent is ordered to file a response and state whether she has responded to Relator's requests and complied with *Bonilla*. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: January 11, 2017
Do not publish